IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUSTIN BUONO, derivatively on behalf of OKTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TODD MCKINNON, BRETT TIGHE, FREDERIC KERREST, SHELLYE ARCHAMBEAU, ROBERT L. DIXON, JR., PATRICK GRADY, BEN HOROWITZ, REBECCA SAEGER, MICHAEL STANKEY, JEFF EPSTEIN, MICHELLE WILSON, CHRISTOPHER KRAMER, JONATHAN RUNYAN, and SUSAN ST. LEDGER, <br><br> Defendants, <br><br> - and - <br><br> OKTA, INC., <br><br> Nominal Defendant. | Case No. 1:23-cv-00413-CFC |
| TONY F. NASR, derivatively on behalf of OKTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TODD MCKINNON, BRETT TIGHE, J. FREDERIC KERREST, SHELLYE ARCHAMBEAU, ROBERT L. DIXON, JR., JEFF EPSTEIN, PATRICK GRADY, BENJAMIN HOROWITZ, REBECCA SAEGER, and MICHAEL STANKEY, <br><br> Defendants, <br><br> - and - | Case No. 1:24-cv-00106-CFC |

| OKTA, INC., |
| |
| Nominal Defendant. |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY STOCKHOLDER DERIVATIVE ACTIONS

WHEREAS, nominal defendant Okta, Inc. and individual defendants Todd McKinnon, Brett Tighe, J. Frederic Kerrest, Shellye Archambeau, Robert L. Dixon, Jr., Patrick Grady, Benjamin Horowitz, Rebecca Saeger, Michael Stankey, Jeff Epstein, Michelle Wilson, Christopher Kramer, Jonathan Runyan and Susan St. Ledger moved the Court for an order staying the above-captioned stockholder derivative actions (the "Derivative Actions") on the terms set forth in the *Joint Stipulation and [Proposed] Order Consolidating and Staying Stockholder Derivative Actions and Establishing a Leadership Structure* (the "Joint Stipulation");[1] and

WHEREAS, plaintiffs Austin Buono and Tony F. Nasr do not oppose Defendants' motion,

---

[1] *Buono v. McKinnon, et al.*, Case No. 1:23-cv-00413-CFC (the "*Buono* Action"), D.I. 8; *Nasr v. McKinnon, et al.*, Case No. 1:24-cv-00106-CFC (the "*Nasr* Action"), D.I. 4.

1

IT IS HEREBY ORDERED this 18th day of March, 2024 that the Motion is GRANTED and the Derivative Actions are stayed based on the terms set forth in the Joint Stipulation.

_____
UNITED STATES DISTRICT JUDGE